IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARVIN DEWEY CAMPBELL, | ) | 8:10CV129 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ISSUEWOOD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. The final pretrial conference in this matter, currently scheduled for April 7, 2011, is cancelled. The final pretrial conference may be rescheduled after the resolution of Defendants' Motion for Summary Judgment, if necessary.

IT IS THEREFORE ORDERED that the clerk of the court is directed to cancel the final pretrial conference in this matter, currently scheduled for April 7, 2011. The final pretrial conference will be rescheduled after the resolution of Defendants' Motion for Summary Judgment, if necessary.

DATED this 4th day of April, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge